UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| AYLIN SANTIAGO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | |
| ) | **CASE NO. 5:17-CV-434-D** |
| NANCY A. BERRYHILL, Acting Commissioner ) | |
| of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiffs claim of disability.

**This Judgment Filed and Entered on April 11, 2018, and Copies To:**
George C. Piemonte         (via CM/ECF electronic notification)
Elisa Donohoe              (via CM/ECF electronic notification)

DATE:                      PETER A. MOORE, JR., CLERK
April 11, 2018             (By) /s/ Nicole Briggeman
                           Deputy Clerk