UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


AYLIN SANTIAGO,                                )
                                               )
                    Plaintiff,                 )
                                               )          **JUDGMENT IN A CIVIL CASE**
         v.                                    )
                                               )          **CASE NO. 5:17-CV-434-D**
NANCY A. BERRYHILL, Acting Commissioner        )
of Social Security,                            )
                    Defendant.                 )



**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay to Plaintiff $4,700.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to his office at 4601 Charlotte Park Drive, Ste. 390, Charlotte, NC 28217, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.


**This Judgment Filed and Entered on July 11, 2018, and Copies To:**

| | |
|---|---|
| George C. Piemonte | (via CM/ECF electronic notification) |
| Cassia W. Parson | (via CM/ECF electronic notification) |
| Elisa Donohoe | (via CM/ECF electronic notification) |


DATE:                              PETER A. MOORE, JR., CLERK
July 11, 2018                      (By)  /s/ Nicole Briggeman
                                         Deputy Clerk